**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| IN MATTER OF THE SEARCH OF THREE PREMISES ASSOCIATED WITH LOREN TOELLE | ) ) ) | **ORDER** <br><br> Case No. 1:16-mj-040 |

On motion of the Government and for the reasons stated in support of its motions, it is **ORDERED** that the Search Warrant, the Amended Search Warrant, Applications and Affidavits for the Search Warrant and Amended Search, with attachments, including the Affidavits of FBI SA Aaron Dunn, the Search Warrant Returns, and the Government's Motions to Seal, shall remain under seal until August 26, 2016.

Dated this 24th day of February, 2016.

*/s/ Charles S. Miller, Jr.*

Charles S. Miller, Jr., Magistrate Judge
United States District Court.